MARK D. LONERGAN (State Bar No. 143622)
THOMAS N. ABBOTT (State Bar No. 245568)
tna@severson.com
GABRIEL M. HUEY (State Bar No. 291608)
gmh@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
HSBC BANK USA, NATIONAL
ASSOCIATION AS TRUSTEE FOR
MORTGAGEIT SECURITIES CORP.
MORTGAGE LOAN TRUST, SERIES 2007-1,
MORTGAGE PASS-THROUGH
CERTIFICATES (erroneously sued as "HSBC
Bank USA, National Association as Trustee for
Securitized Trust MortgageIT Securities Corp.
Mortgage Loan Trust, Series 2007-1); WELLS
FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NANCY TAMONDONG,<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGEIT, INC.; HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR SECURITIZED TRUST MORTGAGEIT SECURITIES CORP. MORTGAGE LOAN TRUST, SERIES 2007-1; WELLS FARGO BANK, N.A.; AND DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 3:16-cv-03722-RS<br>ORDER<br>**STIPULATION TO MODIFY PRELIMINARY INJUNCTION BRIEFING SCHEDULE**<br><br>Judge: Hon. RICHARD SEEBORG<br><br>Action Filed: July 1, 2016 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** plaintiff NANCY TAMONDONG ("Plaintiff") and defendants WELLS FARGO BANK, N.A. ("Wells Fargo") and HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGEIT SECURITIES CORP. MORTGAGE LOAN TRUST, SERIES 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES ("HSBC") (collectively, "Defendants"), by and through counsel, hereby stipulate and agree to modifying the briefing schedule set by the Court in its Temporary Restraining Order and Order to Show Cause. Defendants' new deadline to file any opposition to issuance of preliminary injunction in response to the Order to Show Cause issued on July 5, 2016 (Document 10) shall be August 19, 2016. Within 3 days of filing any such opposition, Plaintiff may file a reply.

## RECITALS

WHEREAS, on July 1, 2016, Plaintiff filed an ex parte application in this matter for temporary restraining order and/or preliminary injunction;

WHEREAS, on July 5, 2016, the Court issued a Temporary Restraining Order and pursuant to the Order To Show Cause set the following briefing schedule:

- Within 7 days of receipt of this order, defendants shall file any opposition to issuance of a preliminary injunction that would enjoin the trustee's sale during the pendency of this action;

- Within 3 days of filing of any opposition, plaintiff may file a reply;

WHEREAS, the Court's July 5, 2016 order also provided that "[t]he parties may meet and confer to negotiate a less compressed briefing schedule, provided defendants agree to continue the foreclosure sale to a date at least two weeks beyond the time the reply brief is due;

WHEREAS, Plaintiff and Defendants (collectively, the "Parties") have met and conferred and agree to modify the briefing schedule set by the Court;

WHEREAS, Defendants agree to continue the foreclosure sale date to no sooner than September 5, 2016;

WHEREAS, the Parties believe that a modified briefing schedule would be in the Parties' best interests to permit the Parties time to evaluate the matter and potential for amicable

1  resolution;

2        WHEREAS, in light of the foregoing, the Parties agree to the following modified briefing

3  schedule:

4              • Defendants shall file any opposition to issuance of a preliminary injunction that

5              would enjoin the trustee's sale during the pendency of this action by August 19,

6              2016;

7              • Within 3 days of filing of any opposition, Plaintiff may file a reply;

8        WHEREAS, this stipulation and proposed Order is being sought in good faith, and all

9  parties are aware of this request for a continuance and agree that the relief sought is in the best

10  interests of both Parties;

11                                   **STIPULATION**

12        **IT IS HEREBY STIPULATED**, subject to the Court's approval, by and between Plaintiff

13  and Wells Fargo, as follows:

14        1.      That Defendants' deadline to file any opposition to issuance of preliminary

15  injunction that would enjoin the trustee's sale during the pendency of this action shall be

16  continued from July 12, 2016 to August 19, 2016;

17        2.      That within 3 days of filing any opposition, Plaintiff may file a reply; and

18        3.      The Temporary Restraining Order shall remain in effect until September 5, 2016,

19  which is at least two weeks beyond the time Plaintiff's reply brief is due.

20

21                           **[SIGNATURES ON NEXT PAGE]**

22

23

24

25

26

27

28

1    **IT IS SO STIPULATED**:

2

3    DATED:  July 11, 2016              FARSAD LAW OFFICE, P.C.

4

5                                       By:  _____/s/ Arasto Farsad_____

6                                                    Arasto Farsad

7                                       Attorneys for Plaintiff
                                        NANCY TAMONDONG
8

9

10
     DATED:  July 11, 2016              SEVERSON & WERSON
11                                      A Professional Corporation

12

13                                      By:  _____/s/ Gabriel M. Huey_____

14                                                  Thomas N. Abbott
                                                    Gabriel M. Huey
15

16                                      Attorneys for Defendants
                                        HSBC BANK USA, NATIONAL ASSOCIATION AS
17                                      TRUSTEE FOR MORTGAGEIT SECURITIES CORP.
                                        MORTGAGE LOAN TRUST, SERIES 2007-1,
18                                      MORTGAGE PASS-THROUGH CERTIFICATES;
                                        WELLS FARGO BANK, N.A.
19

20

21

22

23

24

25

26

27

28

1

**<u>ORDER</u>**

2

 Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

3

 IT IS HEREBY ORDERED that Defendants' deadline to file any opposition to issuance of

4

preliminary injunction that would enjoin the trustee's sale during the pendency of this action shall

5

be August 19, 2016.  Within 3 days of filing any opposition, Plaintiff may file a reply.  The

6

Temporary Restraining Order issued by the Court on July 15, 2016 shall stay in effect until

7

September 5, 2016.

8

**IT IS SO ORDERED.**

9

10

DATED: __7/12/16_____    By: _____

11

         RICHARD SEEBORG
         United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO MODIFY PRELIMINARY INJUNCTION BRIEFING SCHEDULE