1  MARK D. LONERGAN (State Bar No. 143622)
   THOMAS N. ABBOTT (State Bar No. 245568)
2  tna@severson.com
   GABRIEL M. HUEY (State Bar No. 291608)
3  gmh@severson.com
   SEVERSON & WERSON
4  A Professional Corporation
   One Embarcadero Center, Suite 2600
5  San Francisco, California 94111
   Telephone: (415) 398-3344
6  Facsimile: (415) 956-0439

7  Attorneys for Defendants WELLS FARGO
   BANK, N.A.; HSBC BANK USA, NATIONAL
8  ASSOCIATION AS TRUSTEE FOR
   MORTGAGEIT SECURITIES CORP.
9  MORTGAGE LOAN TRUST, SERIES 2007-1,
   MORTGAGE PASS-THROUGH
10 CERTIFICATES (erroneously sued as "HSBC
   Bank USA, National Association as Trustee for
11 Securitized Trust MortgageIT Securities Corp.
   Mortgage Loan Trust, Series 2007-1")
12

13                UNITED STATES DISTRICT COURT

14        NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  NANCY TAMONDONG, | Case No. 3:16-cv-03722-RS |
| 17         Plaintiff, | [Assigned to the Hon. Richard Seeborg] |
| 18         vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| 19  MORTGAGEIT, INC.; HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE | |
| 20  FOR SECURITIZED TRUST MORTGAGEIT SECURITIES CORP. | |
| 21  MORTGAGE LOAN TRUST, SERIES 2007-1; WELLS FARGO BANK, N.A.; AND | Action Filed:    July 1, 2016 |
| 22  DOES 1 THROUGH 10, inclusive, | |
| 23         Defendants. | |

24
25
26
27
28

Plaintiff Nancy Tamondong ("Tamondong") and defendants Wells Fargo Bank, N.A. and HSBC Bank USA, National Association as Trustee for MortgageIT Securities Corp. Mortgage Loan Trust, Series 2007-1, Mortgage Pass-Through Certificates, erroneously sued as HSBC Bank USA, National Association as Trustee for Securitized Trust MortgageIT Securities Corp. Mortgage Loan Trust, Series 2007-1 (collectively, "Defendants"), submit this Stipulation to the Court requesting an order continuing the Initial Case Management Conference currently set for October 13, 2016 at 10:00 a.m. to October 28, 2016 at 1:30 p.m., the date of the hearing on Defendants' Motion to Dismiss Tamondong's Complaint, or a date that is convenient for the Court after the pleadings in this matter have been settled, and all deadlines associated with the Initial Case Management Conference.  Tamondong and Defendants shall be referred to collectively as the "Parties."

**RECITALS**

WHEREAS, on September 12, 2016, the Court issued a notice continuing the Initial Case Management Conference previously set for September 29, 2016 to October 13, 2016 at 10:00 a.m. [Docket No. 33];

WHEREAS, on September 13, 2016, Defendants filed a Motion to Dismiss Tamondong's Complaint with the motion hearing set for October 27, 2016 at 1:30 p.m. [Docket No. 34];

WHEREAS, on September 16, 2016, the Court issued a notice continuing the hearing on Defendants' Motion to Dismiss Tamondong's Complaint previously set for October 27, 2016 at 1:30 p.m. to October 28, 2016 at 1:30 p.m. [Docket No. 37];

WHEREAS, because the pleadings are not settled in this matter, the Parties therefore request that the Initial Case Management Conference be continued to October 28, 2016 at 1:30 p.m., the date and time of the hearing on Defendants' Motion to Dismiss Tamondong's Complaint, or a future date and time that is convenient for the Court after the pleadings have been settled;

/ / /

/ / /

/ / /

**STIPULATION**

**IT IS HEREBY STIPULATED**, by and between the Parties, as follows:

1. The Initial Case Management Conference currently set for October 13, 2016 at 10:00 a.m. shall be continued to October 28, 2016 at 1:30 p.m., the date and time of the hearing on Defendants' Motion to Dismiss Tamondong's Complaint, or a future date and time that is convenient for the Court after the pleadings have been settled;

2. All deadlines associated with the Initial Case Management Conference, including the submission of a joint case management conference statement, are continued accordingly.

**IT IS SO STIPULATED**:

DATED: September 30, 2016         FARSAD LAW OFFICE, P.C.

By: _/s/ Arasto Farsad_
       Arasto Farsad

Attorneys for Plaintiff
NANCY TAMONDONG

DATED: September 30, 2016         SEVERSON & WERSON
                                  A Professional Corporation

By: _/s/ Gabriel M. Huey_
       Thomas N. Abbott
       Gabriel M. Huey

Attorneys for Defendants WELLS FARGO BANK, N.A.; HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGEIT SECURITIES CORP. MORTGAGE LOAN TRUST, SERIES 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES (erroneously sued as "HSBC Bank USA, National Association as Trustee for Securitized Trust MortgageIT Securities Corp. Mortgage Loan Trust, Series 2007-1)

1        **[~~PROPOSED~~] ORDER**

2        Pursuant to the Parties' Stipulation, and good cause appearing therefor, **IT IS HEREBY**

3  **ORDERED THAT**:

4        The Initial Case Management Conference set for October 13, 2016 at 10:00 a.m. shall be

5  continued to _November 17,_ 2016 at `10:00am` and all deadlines associated with the

6  Initial Case Management Conference shall be continued in accordance with the new date.
   `Joint Case Management Statement shall be due November 10, 2016.`

7  **IT IS SO ORDERED**.

8

9  Dated: `10/3/16`                    _____
                                        Hon. Richard Seeborg
10