UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY TAMONDONG,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGEIT, INC., et al.,<br><br>Defendants. | Case No. 16-cv-03722-RS<br><br>**JUDGMENT** |

Pursuant to the order entered this date granting defendants' motion to dismiss the amended complaint, judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED**.

Dated: 12/20/16

_____

RICHARD SEEBORG
United States District Judge